

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00098-CV

| | | |
|---|---|---|
| IN RE SSCP MANAGEMENT, INC.; SDHAROD ENTERPRISES, INC.; APPLE TEXAS RESTAURANTS, INC.; TEXAS APPLE, LLC; SRS REAL ESTATE PARTNERS, LLC; AND SRS NATIONAL NET LEASE GROUP, LP | § | Original Proceeding |
| | § | On Appeal from 43rd District Court |
| | § | of Parker County (CV18-1720) |
| | § | April 22, 2019 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court conditionally grants mandamus relief in part and direct the trial court to vacate the March 1, 2019 Discovery Order as soon as possible and, after a hearing, to issue a new order limiting discovery as required by the Texas Citizens Participation Act. This court denies all other relief requested by SSCP Management, Inc.; SDharod Enterprises, Inc.; Apple Texas Restaurants, Inc.; Texas Apple, LLC; SRS Real Estate Partners, LLC; and SRS National Net Lease Group, LP. We are

confident the trial court will comply with this opinion, and we will not issue a writ unless the trial court refuses to timely comply.

It is further ordered that each party shall bear their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman